Petro *v.* Petro, Appellant.

Sub-mitted September 14, 1971. *William J. Gallagher,* for appellant; *George J. Brutscher,* and *Brutscher & D'Onofrio,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

Presto, Appellant, *v.* Hager.

Ar-gued September 13, 1971. *Norman Seidel,* with him *Gus Milides,* for appellant; *Robertson B. Taylor,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

Order affirmed.

Quinn *v.* Quinn, Appellant.

Argued September 14, 1971. *Kathleen Herzog Larkin,* with her *Mottola, Larkin and Clarfeld,* for appellant; *Paul A. Lockrey,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.